# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DAVID HELMS, | ) | No. CV 07-5263-GHK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the findings, conclusions and recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 11, 2010

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE